No. 93–5874. SPARKS *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 93–5952. JACKSON *v.* MORO ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–5965. TAYLOR *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–5966. IRVIN *v.* ARMONTROUT, ASSISTANT DIRECTOR/ ZONE II, MISSOURI DIVISION OF ADULT INSTITUTIONS. C. A. 8th Cir. Certiorari denied.

No. 93–5972. LOVETT *v.* ELLINGSWORTH, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–5974. RUDDER *v.* LOS ANGELES COUNTY SUPERIOR COURT. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–5975. RUPE *v.* BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–5979. THOMAS *v.* DUTROW ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–5981. CAMARENA *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 93–5982. CAMARENA *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 93–5984. CATON *v.* MAZE ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–5988. LIGHTBOURNE *v.* CHILES, GOVERNOR OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–5993. EL-TAYEB *v.* RABINOWITZ ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–5994. JONES *v.* WHITE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–5996. SANDERS *v.* HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.